ACCEPTED
06-15-00194-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/17/2015 11:26:30 AM
DEBBIE AUTREY
CLERK

Appellate Docket Number: 06-15-00194-CR

Appellate Case Style: Style: Natalie Ausbie Reynolds

Vs. State of Texas

Companion Case:

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/17/2015 11:26:30 AM
DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Natalie | ☒ Lead Attorney |
| Middle Name: Ausbie | First Name: Michael |
| Last Name: Reynolds | Middle Name: |
| Suffix: | Last Name: Mowla |
| Appellant Incarcerated? ☐ Yes ☒ No | Suffix: |
| Amount of Bond: $10,000.00 | ☐ Appointed   ☐ District/County Attorney |
| Pro Se: ◯ | ☒ Retained   ☐ Public Defender |
| | Firm Name: Michael Mowla, PLLC |
| | Address 1: P.O. Box 868 |
| | Address 2: |
| | City: Cedar Hill |
| | State: Texas   Zip+4: 75106 |
| | Telephone: 972-795-2401   ext. |
| | Fax: 972-692-6636 |
| | Email: michael@mowlalaw.com |
| | SBN: 24048680 |
| | Add Another Appellant/ Attorney |

Page 1 of 5

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Nobie

Middle Name:

Last Name: Walker

Suffix:

☐ Appointed   ☒ District/County Attorney

☐ Retained    ☐ Public Defender

Firm Name: Hunt County District Attorney

Address 1: 2507 Lee Street

Address 2:

City: Greenville

State: Texas          Zip+4: 75401

Telephone: 903-408-4180   ext.

Fax: 903-408-4296

Email: nwalker@huntcounty.net

SBN: 20717620

**Add Another Appellee/ Attorney**

---

**V. Perfection Of Appeal, Judgment And Sentencing**

Nature of Case (Subject matter or type of case): Public Administration

Type of Judgment: Bench Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: 10/20/2015

Offense charged: Official Oppression

Date of offense: 06/14/2012

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes  ☐ No

Was the trial by:  ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: 10/26/2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: One year jail, probated for two years

Is the appeal from a pre-trial order?  ☐ Yes  ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

---

**VI. Actions Extending Time To Perfect Appeal**

Motion for New Trial:  ☐ Yes  ☒ No   If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes  ☒ No   If yes, date filed:

Other:  ☐ Yes  ☐ No        If yes, date filed:

If other, please specify:

---

**VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)**

Motion and affidavit filed:  ☐ Yes  ☐ No  ☒ NA   If yes, date filed:

Date of hearing:                        ☐ NA

Date of order:                          ☐ NA

Ruling on motion:  ☐ Granted  ☐ Denied  ☐ NA   If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 354th District Court

County: Hunt County

Trial Court Docket Number (Cause no): 29263

Trial Court Judge (who tried or disposed of the case):

First Name: Richard

Middle Name:

Last Name: Beacom

Suffix:

Address 1: 2500 Lee Street

Address 2:

City: Greenville

State: Texas          Zip + 4: 75401

Telephone: (903) 408-4194     ext.

Fax: (903) 408-4218

Email:

Clerk's Record:

Trial Court Clerk: ☒ District     ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: 10/26/2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☒ Yes ☐ No ☐ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: 10/26/2015

Were payment arrangements made with the court reporter/court recorder? ☒ Yes ☐ No ☐ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name: Judith

Middle Name:

Last Name: Snyder

Suffix:

Address 1: P.O. Box 1586

Address 2:

City: Greenville

State: Texas          Zip + 4: 75403

Telephone: 903-268-7001     ext.

Fax:

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [            ]                                                    Court: [            ]

Style: [            ]

    Vs.    State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se Party)                                    Date: 11/17/2015

_____                                    State Bar No: 24048680

Printed Name:

Electronic Signature: /s/ Michael Mowla                                    Name: Michael Mowla
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  11/17/2015  .

_____

Signature of counsel (or pro se party)                    Electronic Signature: /s/ Michael Mowla
    (Optional)

    State Bar No.:  24048680

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: 11/17/2015

Manner Served: Email

First Name: Nobie

Middle Name:

Last Name: Walker

Suffix:

Law Firm Name: Hunt County District Attorney

Address 1: 2507 Lee Street

Address 2:

City: Greenville

State Texas      Zip+4: 75640

Telephone: 903-408-4180      ext.

Fax: 903-408-4296

Email: nwalker@huntcounty.net

FILED AT _____ O'CLOCK ___ M

OCT 2 6 2015

CLERK, DISTRICT COURT, HUNT CO., TX

NO. 29263

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 354th JUDICIAL |
| | § | |
| vs. | § | DISTRICT COURT |
| | § | |
| NATALIE AUSBIE REYNOLDS | § | HUNT COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF THE COURT:**

Defendant Natalie Ausbie Reynolds gives this written notice of appeal to the Court of

Appeals of the State of Texas from the judgment of conviction and sentence rendered against

Defendant.

Respectfully submitted,

Michael Mowla
P.O. Box 868
Cedar Hill, Texas 75106
Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
Texas Bar No. 24048680
Attorney for Defendant

/s/ Michael Mowla
Michael Mowla

1

## Certificate of Service

I certify that on October 23, 2015, a true and correct copy of this document was served on Hunt County District Attorney Nobie Walker, 2507 Lee Street, Greenville, TX 75401, phone 903-408-4180, fax 903-408-4296, nwalker@huntcounty.net, by email.

/s/ Michael Mowla
**Michael Mowla**

2

NO. 29263

| STATE OF TEXAS | § | IN THE 354th JUDICIAL |
| | § | |
| vs. | § | DISTRICT COURT |
| | § | |
| NATALIE AUSBIE REYNOLDS | § | HUNT COUNTY, TEXAS |

FILED AT____ 9:00 AM OCT 2 6 2015 CLERK, DISTRICT COURT, HUNT CO., TX

## REQUEST FOR PREPARATION OF REPORTER'S RECORD
## AND DESIGNATION OF MATTERS TO BE INCLUDED

**TO THE CLERK AND COURT REPORTER OF SAID COURT:**

Defendant requests the court reporter or reporters who made the record in this cause to prepare a reporter's record, and that the testimony included in the reporter's record be in question and answer form. The dates of the hearings and trials in this case include the trial held on October 20, 2015.

Defendant designates that the following matters be included in the reporter's record:

1. Testimony of all witnesses, heard in and outside the jury's presence, including questions and objections of counsel and the ruling and remarks of the Court made on such testimony;

2. Arguments and opening and closing statements of counsel, including objections of counsel and the ruling and remarks of the Court made on such arguments and objections;

3. All matters heard including pretrial, trial and posttrial hearings, charge conferences and bench conferences, objections, rulings, and remarks of the Court made on such matters;

4. All bills of exception and testimony thereon, including objections of counsel, and the ruling and remarks of the Court made on such bills of exception and objections;

1

5.     Testimony taken during sentencing proceedings, including arguments and objections of counsel, and the ruling and remarks of the Court made on such testimony and arguments;

6.     Testimony taken during motion for new trial proceedings, including arguments and objections of counsel, and the ruling and remarks of the Court made on such testimony and arguments; and

7.     All exhibits offered or introduced into evidence.

8.     All exhibits offered or introduced for record purposes only.

Defendant prays that this Court grant this request, and order preparation of the reporter's record in this case.

Respectfully submitted,

Michael Mowla
P.O. Box 868
Cedar Hill, Texas 75106
Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
Texas Bar No. 24048680
Attorney for Defendant

/s/ **Michael Mowla**
**Michael Mowla**

2

## Certificate of Service

I certify that on October 23, 2015, a true and correct copy of this document was served on Hunt County District Attorney Nobie Walker, 2507 Lee Street, Greenville, TX 75401, phone 903-408-4180, fax 903-408-4296, nwalker@huntcounty.net, by email.

/s/ Michael Mowla
Michael Mowla

3

NO. 29263

STATE OF TEXAS                     §     IN THE 354th JUDICIAL
                                   §
vs.                                §     DISTRICT COURT
                                   §
NATALIE AUSBIE REYNOLDS            §     HUNT COUNTY, TEXAS

## WRITTEN DESIGNATION SPECIFYING MATTERS FOR INCLUSION IN CLERK'S RECORD

TO THE CLERK OF SAID COURT:

Under Texas Rules of Appellate Procedure 34.5(a)(12) and 34.5(b), Defendant designates

the following matters to be included in the Clerk's Record:

1.    Complaint;

2.    Capias;

3.    Affidavit of indigency;

4.    Correspondence and communication between Court and counsel;

5.    Indictment or Information;

6.    All motions and pleadings filed by the state or the defendant and not otherwise

required to be included under Texas Rules of Appellate Procedure 34.5(a);

7.    All orders issued by Court and not otherwise required to be included under Texas

Rules of Appellate Procedure 34.5(a);

8.    Judgment of Conviction, Order Granting Probation, or Order Granting Deferred

Adjudication;

9.    Sentence;

10.   Commitment;

1

11. Motion for New Trial;

12. Motion in Arrest of Judgment;

13. Communications between Court and jury;

14. Any orders pertaining to Continuing Jurisdiction Community Supervision (shock probation);

15. Rulings of the Court on all written bills of exception;

16. All exhibits admitted into evidence;

17. All defense exhibits offered into evidence but not received in evidence;

18. All other documents filed with the clerk;

19. Trial court's certification of the right to an appeal;

20. Designation of the clerk's record;

21. Request for preparation of the reporter's record; and

22. Those items identified in Texas Rules of Appellate Procedure Rules 34.5(a)(1) through (11), all other matters required by the Texas Code of Criminal Procedure, or any other law.

Respectfully submitted,

Michael Mowla
P.O. Box 868
Cedar Hill, Texas 75106
Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
Texas Bar No. 24048680
Attorney for Defendant

/s/ Michael Mowla
Michael Mowla

2

## Certificate of Service

I certify that on October 23, 2015, a true and correct copy of this document was served on Hunt County District Attorney Nobie Walker, 2507 Lee Street, Greenville, TX 75401, phone 903-408-4180, fax 903-408-4296, nwalker@huntcounty.net, by email.

/s/ Michael Mowla
**Michael Mowla**

3

PREPARED BY: SH

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | OCT 2015 |
| V. | § | |
| | § | OF HUNT COUNTY, TEXAS |
| NATALIE AUSBIE REYNOLDS | § | |
| | § | |
| STATE ID NO.: TX 50364544 | § | 354TH JUDICIAL DISTRICT |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. RICHARD A. BEACOM, JR. | Date Judgment Entered: | 10-20-2015 |
| Attorney for State: Asst. District Atty: | NOBLE D. WALKER, JR. STEVEN LILLEY | Attorney for Defendant: | GEORGE MILNER |

Offense for which Defendant Convicted:

**OFFICIAL OPPRESSION**

| Charging Instrument: | Statute for Offense: | |
|---|---|---|
| INDICTMENT | 39.03(d) PC | |

| Date of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| 06-14-2012 | NOT GUILTY | N/A |

| Degree of Offense: | Punishment enhanced to: |
|---|---|
| CLASS A MISDEMEANOR | Not enhanced |

Terms of Plea Bargain:

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

Plea to Additional Enhancement Paragraphs: N/A

Findings on Additional Enhancement Paragraphs: N/A

| Date Sentence Imposed: | 10-20-2015 | Date Sentence to Commence: | 10-20-2015 |
|---|---|---|---|

| Punishment and Place of Confinement: | 1 YEARS and 0 MONTHS and 0 DAYS COUNTY JAIL |
|---|---|

*150 hours Community Supervision*

THIS SENTENCE SHALL RUN CONCURRENTLY.

☒ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR 2 YEARS.

| Fine: | Attorney Fees: | Court Costs: | Lab Fees: | Restitution: | OTHER FEES: |
|---|---|---|---|---|---|
| $2,000.00 | $ 0 | $285.00 | $.00 | $.00 | $ 50.00 CRIMESTOPPERS |

Restitution Payable to: Name:

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was .

**N/A - A Victim Impact Statement was filed with the District Clerk in this case.**

| Jail time as a condition of probation: | 30 DAYS | with credit for -0- DAYS |
|---|---|---|

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

29263

1

This cause was called for trial in **Hunt** County, Texas. The State appeared by her District Attorney. Defendant appeared in person with Counsel.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court **FINDS** Defendant committed the above offense and **ORDERS, ADJUDGES AND DECREES** that Defendant is GUILTY of the above offense. The Court **FINDS** the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court **ORDERS** Defendant punished as indicated above. The Court **ORDERS** Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

☐ **Confinement in State Jail or Institutional Division.** The Court **ORDERS** the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court **ORDERS** Defendant to be confined for the period and in the manner indicated above. The Court **ORDERS** Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court **ORDERS** that upon release from confinement, Defendant proceed immediately to the **Hunt County District Clerk.** Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☒ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court **ORDERS** Defendant immediately committed to the custody of the Sheriff of Hunt County, Texas on the date the sentence is to commence. Defendant shall be confined in the Hunt County Jail for the period indicated above. The Court **ORDERS** that upon release from confinement, Defendant shall proceed immediately to the **Hunt County District Clerk.** Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court **ORDERS** Defendant to proceed immediately to the Office of the **Hunt County District Clerk.** Once there, the Court **ORDERS** Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☐ The Court **ORDERS** Defendant's sentence **EXECUTED.**

☒ The Court **ORDERS** Defendant's sentence of confinement **SUSPENDED.** The Court **ORDERS** Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The **Order Setting Forth the Terms and Conditions of Community Supervision** is incorporated into this judgment by reference.

The Court **ORDERS** that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

**FOR A DEADLY WEAPON FINDING:**

☐The Court **FINDS** Defendant used or exhibited a deadly weapon, namely,       , during the commission of a felony offense or during immediate flight therefrom or was a party to the offense and knew that a deadly weapon would be used or exhibited. TEX. CODE CRIM. PROC. art. 42.12 §3g.

**FOR DWI IGNITION INTERLOCK:**

☐ The Court **ORDERS** that the defendant shall install, on each motor vehicle owned or operated by defendant, a device that uses a deep-lung breath analysis mechanism to make impractical the operation of the motor vehicle if ethyl alcohol is detected in the breath of the operator. This order shall be in effect from the date of this judgment until the date of the first anniversary after the ending of the period of drivers license suspension imposed under Section 521.344, Transportation Code. Defendant shall obtain the device(s) at the defendant's own cost on or before that ending date. Defendant shall provide evidence to the Court on or before that ending

date that the device has been installed on each appropriate vehicle, and the devices shall remain on each appropriate vehicle until the first anniversary after the ending of the period of such driver's license suspension. Defendant shall not operate any motor vehicle that is not equipped with that device.

**FOR FAMILY VIOLENCE FINDING:**
☐The Court FINDS that Defendant was prosecuted for an offense under Title 5 of the Penal Code that involved family violence. TEX. CODE CRIM. PROC. art. 42.013.

**FOR SEX OFFENDERS:**
Special Drivers License for Sex Offender:
☐The Court ORDERS Defendant to apply for an original or renewed Texas Driver's License or personal identification certificate not later than 30 days after release from confinement or upon receipt of written notice from the Texas Department of Public Safety (DPS). The Court further ORDERS Defendant to annually renew the license or certificate. The DPS shall place an indication on the Defendant's driver's license or personal identification certificate that the Defendant is subject to the sex offender registration requirements. The Court ORDERS the clerk of the Court to send a copy of this order to the DPS and to Defendant. TEX. CODE CRIM. PROC. art. 42.016.

**FOR CUMULATION/STACKING ORDER:**
☐The Court ORDERS that the sentence in this conviction shall run consecutively and shall begin only when the judgment and sentence in the following case has ceased to operate:        . TEX. CODE CRIM. PROC. art. 42.01 § 1(19).

**TO § 12.45 UNADJUDICATED OFFENSES:**
☐The Court FINDS that, with the consent of the State's attorney, Defendant admitted guilt as to the following unadjudicated offense(s), and the Court agreed to take the unadjudicated offense(s) into account in determining the sentence for the offense of which Defendant was adjudged guilty. Accordingly, the Court FINDS prosecution is barred for the following unadjudicated offense(s):        . TEX. PENAL CODE §12.45.

**TO SUSPEND DRIVER'S LICENSE:**

☐ The defendant's license, permit, and operating privilege is hereby suspended for a period of 180 days.

☒AN ADDITIONAL ORDER SETTING TERMS AND CONDITIONS OF COMMUNITY SUPERVISION IS PREPARED ON A SEPARATE DOCUMENT ATTACHED TO THIS JUDGMENT AND INCORPORATED FOR ALL PURPOSES.

☒ THE DEFENDANT'S PHOTOGRAPH, IF ATTACHED TO THIS JUDGMENT, IS INCORPORATED FOR ALL PURPOSES.

☐ADDITIONAL SPECIAL ORDERS ARE PREPARED ON A SEPARATE DOCUMENT ATTACHED TO THIS JUDGMENT AND INCORPORATED FOR ALL PURPOSES.

Signed and entered on 10-20-2015

ORIGINAL SIGNED BY
RICHARD A. BEACOM JR., JUDGE

_____
HONORABLE RICHARD A. BEACOM, JR.
354 TH JUDICIAL DISTRICT COURT

29263

This is to certify that I, the defendant, herein above, received a written copy of the Judgment in this case as well as the Order Setting Terms and Conditions of Community Supervision and any Special Orders of the Court, if signed in this case. The terms and conditions of community supervision were fully explained to me and I understand that any violation of these conditions of community supervision render me subject to revocation of this probated sentence and my commitment to the Texas Department of Criminal Justice – Institutional Division. I promise to obey each and every term and condition of community supervision, and I agree, that should I not obey each and every term and condition of community supervision, it would not only be proper for the Court to revoke my community supervision and commit me to the penitentiary, BUT that the Court should do so.

I received these documents on 10-20-2015.

_____
NATALIE AUSBIE REYNOLDS
DEFENDANT

_____
COMMUNITY SUPERVISION OFFICER

29263

4

NO. 29263

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 354th JUDICIAL |
| | § | |
| vs. | § | DISTRICT COURT |
| | § | |
| NATALIE AUSBIE REYNOLDS | § | HUNT COUNTY, TEXAS |

FILED AT ___ ___M
OCT 26 2015
CLERK, DISTRICT COURT, HUNT CO., TX

## ORDER GRANTING MOTION TO STAY COMMENCEMENT OF TERMS OF COMMUNITY SUPERVISION PENDING ISSUANCE OF APPELLATE MANDATE

On this date, the trial court considered Defendant's Motion to Stay Commencement of Terms of Community Supervision Pending Issuance of Appellate Mandate. IT IS ORDERED that said motion is hereby GRANTED.

IT IS FURTHER ORDERED that all terms of community supervision imposed upon Defendant are STAYED until Defendant's conviction is affirmed by the appellate courts of the State of Texas and the mandate issues by the Court of Appeals.

10/27/15
_____
**Date**

ORIGINAL SIGNED BY
RICHARD A. BEACOM, JR., JUDGE

_____
**Judge Presiding**

1